UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Pat V. Costa**

  **v.**             Case No. 06-cv-413-PB

**Marotta Gund Budd,
Dzera, LLC, et al.**

**O R D E R**

This bankruptcy appeal presents the same issue that Judge DiClerico recently resolved in a companion appeal. I have independently reviewed Judge DiClerico's carefully reasoned decision, Costa v. Dreier, 2007 DNH 031, and agree that the decision is correct. Accordingly, I adopt his reasoning and affirm the Bankruptcy Court's September 13, 2006 Memorandum Opinion denying Pat Costa's motion to intervene. The clerk shall close the case.

  SO ORDERED.

             /s/Paul Barbadoro
             Paul Barbadoro
             United States District Judge

May 3, 2007

cc: Charles A. Dale, III, Esq.
   David Himelfarb, Esq.
   Thomas Pappas, Esq.
   John M. Sullivan, Esq.
   Joshua Menard, Esq.

Michael Sirota, Esq.
Deborah Notinger, Esq.
James Donchess, Esq.
U.S. Bankruptcy Court-NH Clerk
Geraldine Karonis, Esq.